JOHN J. TALTON, ACTING CHAPTER 13 TRUSTEE, Standing Ch[

Date:  December 03, 2015

Check No. 2130984

Check Amount:  $1,828.10

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 13-40095-R | 00052 | JEFFREY A. & AMY E. JENKINS | 9 | 4990 | 1,828.10 | 0.00 | 1,828.10 |
| | | Original check written to: | | | | | |
| | | NORMAN & ASSOCIATES, INC. | | | | | |
| | | 1350 UNION HILL ROAD, STE. A | | | | | |
| | | ALPHARETTA, GA 30004-5738 | | | | | |
| | | **TOTALS** | | | **$1,828.10** | **$0.00** | **$1,828.10** |